Case 1:07-cv-08176-RMB    Document 2    Filed 09/19/2007    Page 1 of 3

Judge Berman

# 07 CIV 8176

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MOUJAN VAHDAT,

                    Plaintiff,

-against-

AMERICAN AIRLINES, INC.
TAM, S.A.

                    Defendants.
-----------------------------------------------------------X

Docket No.

**RULE 7.1 DISCLOSURE STATEMENT**



SEP 19 2007
U.S.D.C. S.D. N.Y.
CASHIERS

    **I, DAVID S. RUTHERFORD,** attorney for defendant, American Airlines, Inc., having filed an initial pleading in the above-captioned matter, makes the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, identifying any corporate parents, and any publicly held corporation that owns ten percent or more of the defendant's stock:

AA 2002 CLASS C CERTIFICATE CORP.
AA 2002 CLASS D CERTIFICATE CORP.
AA 2003-1 CLASS C CERTIFICATE CORP.
AA 2003-1 CLASS D CERTIFICATE CORP.
AA DEPOSITOR CORP.
AA REAL ESTATE HOLDING, GP LLC
AA REAL ESTATE HOLDING, LP
AAV TOURS, LLC
AAV/UK TOURS, LLC
ADMIRALS CLUBS, INC. -(Massachusetts only)
AEROSAN S.A.
AEROSAN AIRPORT SERVICES S.A.
AMERICAN AIRLINES DE MEXICO, S.A.
AMERICAN AIRLINES DE VENEZUELA, S.A.
AMERICAN AIRLINES REALTY (NYC) - HOLDING, INC.
AMR TRAINING GROUP, INC.
AMR VENTURES III, INC.
ONEWORLD ALLIANCE, LLP
ONEWORLD MANAGEMENT COMPANY LTD.

TWA STOCK HOLDING COMPANY, LLC
TRANS WORLD PARS, LLC
AMERICAS GROUND SERVICES, INC.
AERODESPACHOS COLOMBIA, S.A.
CARIBBEAN DISPATCH SERVICES, LTD.
DISPATCH SERVICES 93, S.A.
DSA
INTERNATIONAL GROUND SERVICES, - S.A. DE C.V.
PANAMA DISPATCH
PERU DISPATCH COMPANY
AMR EAGLE HOLDING CORPORATION
AMERICAN EAGLE AIRLINES, INC.
AMR LEASING CORPORATION
AERO PERLAS
EAGLE AVIATION SERVICES, INC.
EXECUTIVE AIRLINES, INC.
AMR FOREIGN SALES CORPORATION LTD
AMR INVESTIGATION SERVICES, INC.
AMERICAN PRIVATE EQUITY -

| | |
|---|---|
| TEXAS AERO ENGINE SERVICES, L.L.C. dba - TAESL (50/50 AA/ROLLS-ROYCE)<br>TWA AIRLINES, LLC | MANAGEMENT, LLC<br>AVION ASSURANCE LTD.<br>PMA INVESTMENT SUBSIDIARY, INC.<br>SC INVESTMENT, INC. |

Dated: New York, New York
       September 19, 2007

Yours, etc.

**RUTHERFORD & CHRISTIE, LLP**

By: _____
David S. Rutherford (DSR 8564)
Attorneys for Defendant,
AMERICAN AIRLINES, INC.
300 East 42nd Street, 18th Floor
New York, New York 10017
(212) 599-5799

TO:    Doyle & Broumand, LLP
        Attn: Michael B. Doyle, Esq.
        Attorney for Plaintiff
        MOUJAN VAHDAT
        3152 Albany Crescent
        Bronx, New York 10463
        (718) 796-2210

        TAM, S.A.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of **RULE 7.1 DISCLOSURE STATEMENT** was served via regular mail to Doyle & Broumand, LLP, Attn: Michael B. Doyle, Esq., Attorney for Plaintiff, MOUJAN VAHDAT, with offices located at 3152 Albany Crescent, Bronx, New York 10463, on this 19th day of September, 2007.

RUTHERFORD & CHRISTIE, LLP

By: _____
David S. Rutherford