UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOUJAN VAHDAT,

       Plaintiff,   : 07 Civ. 8176 (RMB)

   -against-     : **ORDER OF DISCONTINUANCE**

AMERICAN AIRLINES, INC.   :

       Defendant.  :
------------------------------------------------------------X

  Based on Defendant having indicated in a letter, dated October 24, 2007, that the parties have reached a settlement agreement, it is hereby

  **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

  The conference scheduled for 9:15 a.m. on Friday, October 26, 2007 is vacated as moot.

**SO ORDERED.**

Dated: New York, New York
   October 24, 2007

                 */s/ RMB*
                 **Richard M. Berman, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-24-07