```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MOUJAN VAHDAT,

                              Plaintiff,

    -against-

AMERICAN AIRLINES, INC.,
TAM, S.A.

                         Defendant.
-------------------------------------------------------------x

Docket No.: 07 CV 8176 (RMB)

**STIPULATION OF**
**DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the plaintiffs and defendant AMERICAN AIRLINES, INC., the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that Plaintiff's action is hereby dismissed, with prejudice, without costs to any of the parties as against the others.

Dated: New York, New York
October 24, 2007

**DOYLE & BROUMAND, LLP**

By:_____
    Michael B. Doyle, Esq. (MD 5803)
    Attorneys for Plaintiffs
    3152 Albany Crescent
    Bronx, New York 10463
    (718) 796-2210

**RUTHERFORD & CHRISTIE, LLP**

By:_____
    L. Diana Mulderig, Esq.(LM 9833)
    Attorneys for Defendant
    AMERICAN AIRLINES, INC.
    300 East 42nd Street, 18th Floor
    New York, New York 10017
    (212) 599-5799
    Fax: (212) 599-5162

SO ORDERED:
Richard M. Berman   1/25/08
_____
Hon. Richard M. Berman
United States District Judge

* TAM S.A. has yet to appear in this action