UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOUJAN VAHDAT,                                    Plaintiff,

-v-

AMERICAN AIRLINES INC.
and TAM, S.A.,
                                                  Defendant.

Case No. 07 CV 8176 (RMB)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

TAM, S.A.                                        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** MARCH 12, 2008

Signature of Attorney

**Attorney Bar Code:** OG4142

Form Rule7_1.pdf  SDNY Web 10/2007